UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

HARKEMA, ELSON JAMES

Case No. 09-76874-WS
Chapter 7
Judge: Walter Shapero

Debtor.
_____/

**Notice of Unclaimed Dividend**

TO THE CLERK OF THE COURT:

The attached check in the amount of $25.15 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 USC 347(a). The name of each of the parties entitled to these unclaimed dividends is as follows:

| Creditor | Claim Number | Dividend Amount |
| --- | --- | --- |
| Key Bank | Claim No. 2 | $25.15 |

Dated: 05/10/2011

/s/ Douglas Ellmann
Douglas S. Ellmann, Trustee
Ellmann & Ellmann, P.C.
308 West Huron
Ann Arbor, MI 48103
(734) 668-4800
dse@ellmannlaw.com